**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MARTIN C.,[1]

                                Civil No. 25-2301 (JRT/JFD)

              Plaintiff,

v.

                                **ORDER ADOPTING REPORT**
FRANK BISIGNANO, *Commissioner*          **AND RECOMMENDATION**
*of Social Security*,

              Defendant.

---

Charles J. Lloyd and Stephanie Ann Christel, **LIVGARD LLOYD & CHRISTEL PLLP**, Post Office Box 14906, Minneapolis, MN 55414, for Plaintiff; and

Ana H. Voss, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415; James D. Sides and Jennifer J. Selby, **SOCIAL SECURITY ADMINISTRATION**, Office of the General Counsel, 6401 Security Boulevard, Baltimore, MD 21235; for Defendant.

Based upon the Report and Recommendation by United States Magistrate Judge John F. Docherty (Docket No. [19]) and because no objections to the Report and Recommendation have been timely filed, **IT IS HEREBY ORDERED** that:

1. Plaintiff's request for relief (Docket No. [9]) is **GRANTED in part and DENIED in part**;

---

[1] This District has adopted the policy of using only the first name and last initial of any nongovernmental parties in Social Security opinions such as the present Order on Report and Recommendation.  Thus, when the Court refers to Plaintiff by his name only his first name and last initial are provided.

-2-

2. Defendant's request for relief (Docket No. [16]) is **GRANTED in part and DENIED in part;** and

3. The final decision of the Commissioner of the Social Security Administration is **REVERSED** and the matter is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation.

**LET JUDGEMENT BE ENTERED ACCORDINGLY.**

DATED: August 13, 2026
at Minneapolis, Minnesota.

_____
JOHN R. TUNHEIM
United States District Judge